# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRENT JOHNSON, A/K/A BRENTON RODNEY JOHNSON,
        Appellant,
vs.
THE STATE OF NEVADA,
        Respondent.

No. 73201

**FILED**

SEP 01 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to modify sentence. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Pickering

_____, J.
Hardesty

cc: Chief Judge, Eighth Judicial District Court
Hon. Jessie Elizabeth Walsh, District Judge
Brent Johnson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A